

## NUMBER 13-21-00198-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

RANDI ANN METZ, **Appellant,**

**v.**

THE STATE OF TEXAS, **Appellee.**

**On appeal from the 156th District Court
of Live Oak County, Texas.**

## MEMORANDUM OPINION

**Before Justices Hinojosa, Tijerina, and Silva
Memorandum Opinion by Justice Tijerina**

This cause is before the court on appellant's motion to dismiss this appeal. The motion was signed by both counsel and the appellant. We find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

On December 7, 2021, we abated this matter to the trial court for findings related

to appellant's failure to file a brief. However, due to appellant's filing of a motion to dismiss, we now reinstate the matter.

Without passing on the merits of the case, we hereby grant the motion to dismiss, and dismiss the appeal.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
21st day of December, 2021.

2